UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO. 8:12-CR- 67 | 35 TBM
                                                    21 U.S.C. § 846
CARLOS DUARTE                                       21 U.S.C. § 841(a)(1)
  a/k/a "Carlos Duarte-Medrano,"                    18 U.S.C. § 924(c)
  a/k/a "Carlos Duarte-Medano,"                     18 U.S.C. § 922(g)
  a/k/a "Vicente Ortiz Pineda"                      21 U.S.C. § 853 - Forfeiture
                                                    18 U.S.C. § 924(d)(1) - Forfeiture
                                                    28 U.S.C. § 2461(c) - Forfeiture

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date and continuing until on or about December 2,

2011, in the Middle District of Florida and elsewhere, the defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,"

did knowingly and willfully combine, conspire, and agree with persons, both known and

unknown to the Grand Jury, to possess with intent to distribute and to distribute five-

hundred grams (500) or more of a mixture and substance containing a detectable amount

of methamphetamine, a Schedule II controlled substance, contrary to the provisions of

Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii).

## COUNT TWO

On or about December 2, 2011, in the Middle District of Florida, the defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,"

knowingly and intentionally, while being aided and abetted by persons, both known and

unknown to the Grand Jury, possessed with intent to distribute five-hundred (500) grams

or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about December 2, 2011, in the Middle District of Florida, the defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,"

knowingly and intentionally, while being aided and abetted by persons, both known and

unknown to the Grand Jury, possessed in furtherance of drug trafficking crimes, as

charged in Count One and Count Two above, firearms, to wit: a Glock Model 26 9mm

firearm and a Ruger Model SR9 9mm firearm.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and Title 18,

United States Code, Section 2.

2

## COUNT FOUR

On or about December 2, 2011, in the Middle District of Florida, the defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,",

then being a person who, being an alien, was illegally and unlawfully in the United States,

did knowingly and intentionally possess, while being aided and abetted by persons, both

known and unknown to the Grand Jury, firearms, in and affecting interstate and foreign

commerce, to wit:  a Glock Model 26 9mm firearm and a Ruger Model SR9 9mm firearm.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 2.

## FORFEITURES

1.     The allegations contained in Counts One through Four of this Indictment

are hereby realleged and incorporated by reference for the purpose of alleging

forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853, Title

18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section

2461(c).

2.     From his engagement in the violations alleged in Count One and Count Two

of this Indictment, both punishable by imprisonment for more than one year, the

defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections

3

Case 8:12-cr-00067-MSS-UAM   Document 1   Filed 02/16/12   Page 4 of 6 PageID 4

853(a)(1) and (2), all of his interest in property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.  Specifically, the property to be forfeited includes, but is not limited to, a Glock Model 26 9mm firearm, a Ruger Model SR9 9mm firearm, and $27,580.

3.      From his engagement in any or all of the violations alleged in Counts Three and Four of this Indictment, both punishable by imprisonment for more than one year the defendant,

CARLOS DUARTE,
a/k/a "Carlos Duarte-Medrano,"
a/k/a "Carlos Duarte-Medano,"
a/k/a "Vicente Ortiz Pineda,"

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the firearms involved in the commission of those offenses, a Glock Model 26 9mm firearm and a Ruger Model SR9 9mm firearm.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the Court;

        d.      has been substantially diminished in value; or

4

e.    has been commingled with other property which cannot be divided without

difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

ROBERT E. O'NEILL
United States Attorney

By:    _____
CHRISTOPHER F. MURRAY
Assistant United States Attorney

By:    _____
JOSEPH K. RUDDY
Assistant United States Attorney
Chief, Narcotics

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## CARLOS DUARTE
(a/k/a "Carlos Duarte-Medrano," "Carlos Duarte-Medano," "Vicente Ortiz Pineda")

## INDICTMENT

Violations:

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)

A true bill,

_Robert E Brer_

Foreperson

Filed in open court this 16th day

of February, 2012.

_____
Clerk

Bail  $_____

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

2012 FEB 16 PM 3:42

FILED

GPO 863 525

N:\_Criminal Cases\D\Duarte, Carlos_2012R00311_CFM\f_indictment_back.wpd