UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.  8:12-cr-67-T-35TBM

CARLOS DUARTE
  a/k/a "Carlos Duarte-Medrano,"
  a/k/a "Carlos Duarte-Medano,"
  a/k/a "Vicente Ortiz Pineda"

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Josephine

W. Thomas, as co-counsel for the Government in regard to forfeiture proceedings

in the above-styled cause.  The Government requests that any and all pleadings,

correspondence, and other matters pertaining to this case be directed to the

undersigned, as well as to Assistant United States Attorney Christopher F. Murray,

on behalf of the Government.

This 21st day of February, 2012.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/Josephine W. Thomas*
      JOSEPHINE W. THOMAS
      Assistant United States Attorney
      Florida Bar Number 31435
      400 North Tampa Street, Suite 3200
      Tampa, Florida  33602
      (813) 274-6000 - telephone
      (813) 274-6220 - facsimile
      E-mail: josie.thomas@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christopher F. Murray
Assistant United States Attorney

*s/Josephine W. Thomas*
JOSEPHINE W. THOMAS
Assistant United States Attorney