# United States District Court

## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CARLOS DUARTE
a/k/a "Carlos Duarte-Medrano"
a/k/a "Carlos Duarte-Medano"
a/k/a "Vicente Ortiz Pineda"

**WARRANT FOR ARREST**

CASE NUMBER: 8:12 CR 67 35 T BM

**To: The United States Marshal
and any Authorized United States Officer**

    YOU ARE HEREBY COMMANDED to arrest CARLOS DUARTE, a/k/a "Carlos Duarte-Medrano," "Carlos Duarte-Medano," and "Vicente Ortiz Pineda" and bring him forthwith to the nearest magistrate to answer an

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with knowingly and willfully combining, conspiring, and agreeing with others to possess with intent to distribute and to distribute 500 gms or more of methamphetamine, knowingly and intentionally, while being aided and abetted by others possessed with intent to distribute 500 gms of methamphetamine, knowingly and intentionally while being aided and abetted by others possessed in furtherance of drug trafficking crimes firearms, and being an alien did knowingly and intentionally possess while being aided and abetted by others firearms in and affecting interstate and foreign commerce.

In violation of Title 21 , United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Sections 924(c) and 922(g).

| Sheryl L. Loesch | Clerk, United States District Court |
|---|---|
| Name & Title of Judicial Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 2/17/12   Tampa Fl. |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>2/17/12 | NAME AND TITLE OF ARRESTING OFFICER<br>Kevin J Clark<br>S/A DeA Tampa | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>2/28/12 | | |

FILED
12 MAR -1 AM 11:3
MIDDLE DISTRICT OF FLORIDA