**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                         CASE NO. 8:12-cr-00067-MSS-TBM

Carlos Duarte

_____/

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Doc. 26, filed on May 17, 2012) and no objection thereto having been filed, it is **ORDERED:**

1.    The Report and Recommendation of the United States Magistrate Judge, (Dkt. 26) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2.    Defendant, Carlos Duarte has entered a plea of guilty to Counts One and Three of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Three of the Indictment.

3.    That sentencing be scheduled for *September 6, 2012 at 9:00 a.m.* Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

**DONE and ORDERED** at Tampa, Florida this 4th day of  June, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service