UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:12-cr-67-T-35TBM

CARLOS DUARTE
    a/k/a "Carlos Duarte-Medrano"
    a/k/a "Carlos Duarte-Medano"
    a/k/a "Vicente Ortiz Pineda"

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. §

853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following firearms and

ammunition:

      a.      a Glock 26, 9 mm pistol, serial number:  EPZ740;

      b.      a Ruger Model SR9 9mm firearm; and

      c.      25 rounds assorted ammunition.

Being fully advised in the premises, the Court finds that on August 16,

2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United

States all right, title, and interest of defendant Duarte in the identified firearms

and ammunition.  Doc. 41.

The Court further finds that the forfeiture of the firearms and ammunition

was included in the Judgment in a Criminal Case.  Docs. 36 and 39.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1]and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearms and ammunition on the official government website, www.forfeiture.gov, from August 18, 2012 through September 16, 2012.  Doc. 41.  The publication gave notice to all third parties with a legal interest in the firearms and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication. http://www.forfeiture.govhttp://www.forfeiture.gov,

The Court further finds that no person or entity, other than defendant Duarte, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the firearms and ammunition.  No third party has filed a petition or claimed an interest in the firearms and ammunition, and the time for filing a petition has expired.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the  United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearms and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

---

[1]   As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

Clear title to the firearms and ammunition is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 30th day of October, 2012.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE